AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| United States of America <br> v. <br><br> Date of Original Judgment: <br> Date of Previous Amended Judgment: _____ <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) <br> )  Case No: _____ <br> )  USM No: _____ <br> ) <br> ) <br> )  _____ <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ❒ the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.     ❒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Mr. Williams originally filed this motion for a sentence reduction in Case No. 04 Cr. 1271 (KPF).  However, the sentence imposed in that case was fully discharged.  Mr. Williams only has an undischarged sentence in Case No. 19 Cr. 846 (KPF).  The Clerk of Court is directed to file this Order in both cases, to resolve any confusion, and to forward a copy to Mr. Williams at the following address:

Barry Williams
USM No. 57659-019
FCI Berlin
Federal Correctional Institution
P.O. Box 9000
Berlin, NH   03570

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____    _____   *Katherine Polk Failla*
                                              *Judge's signature*

Effective Date: _____    _____
*(if different from order date)*            *Printed name and title*